

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-79,073-01

**EX PARTE MARCOS ARNOLD, Appellee**

## ORDER PURSUANT TO TEXAS RULES OF
## APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

## **ORDER**

This cause is before this Court on application for writ of habeas corpus from trial court case number 95157-A in the 147th District Court of Travis County.

The Clerk of this Court has discovered sensitive data in the record, namely: name of the complainant who was a minor. TEX. CODE CRIM. PROC. art 57.02(h). TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal

the documents pursuant to this order:

1.      Clerk's Record

2.      Supplemental Clerk's Record (received September 2013)

3.      Supplemental Clerk's Record (received October 2013)

Delivered:     October 29, 2014

Do not publish